UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK S. BRANTLEY,<br><br>      Plaintiff,<br><br>      v.<br><br>MUNICIPAL CREDIT UNION; THE NATIONAL CREDIT UNION ADMINISTRATION,<br>AS CONSERVATOR OF THE MUNICIPAL CREDIT UNION; THE NEW YORK DEPARTMENT OF FINANCIAL SERVICES; EISNER AMPER LLP ,<br><br>      Defendants. | 19 Civ. 10994 (KPF)<br><br>ORDER OF SERVICE |

KATHERINE POLK FAILLA, District Judge:

  Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

  The Clerk of Court is directed to issue summonses as to Defendants Municipal Credit Union, National Credit Union Administration, the New York Department of Financial Services, and EisnerAmper LLP.  Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.  If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: December 6, 2019
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

Mark S. Brantley
4880 S Robins Way
Chandler, AZ 85249