UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK S. BRANTLEY,<br><br>      Plaintiff,<br><br>      -v.-<br><br>MUNICIPAL CREDIT UNION, THE NATIONAL CREDIT UNION ADMINISTRATION, *as Conservator of the Municipal Credit Union*, EISENRAMPER LLP, MARIA T. VULLO, *individually and in her official capacity as Superintendent of the New York Department of Financial Services*, and LINDA A. LACEWELL, *individually and in her official capacity as Superintendent of the New York Department of Financial Services*,<br><br>      Defendant. | 19 Civ. 10994 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of pre-motion letters concerning anticipated motions to dismiss from Defendants Eisenramper LLP, Vullo, and Lacewell, as well as answers to the complaint filed by Defendants Municipal Credit Union and National Credit Union Administration. The Court is also in receipt of Plaintiff's motion to strike Defendant Municipal Credit Union's affirmative defenses. Accordingly, the initial pretrial conference currently scheduled for May 5, 2020, at 10:00 a.m. shall also serve as a pre-motion conference concerning Defendants Eisenramper LLP's, Vullo's, and Lacewell's anticipated motions to dismiss and Plaintiff's motion to strike. In accordance with the Court's Order of April 20, 2020, the May 5, 2020 conference shall be conducted telephonically.

SO ORDERED.

Dated:   April 24, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Mark S. Brantley
4880 S Robins Way
Chandler, AZ 85249
```