UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK S. BRANTLEY,<br><br>      Plaintiff,<br><br>      -v.-<br><br>MUNICIPAL CREDIT UNION, THE NATIONAL CREDIT UNION ADMINISTRATION, *as Conservator of the Municipal Credit Union*, EISNERAMPER LLP, MARIA T. VULLO, *individually and in her official capacity as Superintendent of the New York Department of Financial Services*, and LINDA A. LACEWELL, *individually and in her official capacity as Superintendent of the New York Department of Financial Services*,<br><br>      Defendant. | 19 Civ. 10994 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  As stated on the record in open court during the May 5, 2020 initial pretrial conference and pre-motion conference in this matter, Defendants Lacewell, Vullo, and EisnerAmper have been granted leave to file motions to dismiss Plaintiff's Second Amended Complaint, and Plaintiff has been granted leave to file a letter motion to strike Defendant Municipal Credit Union's affirmative defenses.  The Court hereby adopts the following briefing schedule for all motion papers:  opening briefs shall be filed on or before June 5, 2020; opposition papers shall be filed on or before July 17, 2020; and reply papers, if any, shall be filed on or before July 31, 2020.

The Court understands that Defendants Lacewell and Vullo will file a single brief in support of their motions to dismiss. (Dkt. #55). Accordingly, their application to file a 32-page brief is GRANTED. (*Id.*).

Finally, discovery shall be STAYED as to all parties while Defendants Lacewell, Vullo, and Eisneramper's motions to dismiss are pending.

The Clerk of Court is directed to terminate the motions pending at docket entries 33, 43, 49, 55, and 56.

SO ORDERED.

Dated:    May 5, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*This Order shall be sent by First Class Mail to:*
Mark S. Brantley
4880 S. Robins Way
Chandler, AZ 85249